**STATE of Missouri, Respondent,**

v.

**Aaron JONES, Appellant.**

**Nos. WD 50469, WD 52237.**

Missouri Court of Appeals,
Western District.

April 8, 1997.

Emmet D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appellant was convicted by a jury of first degree robbery, § 569.020, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, and was sentenced as a prior and persistent offender to two, thirty-year sentences, to run consecutively. Judgments affirmed. Rules 30.25(b) and 84.16(B).

**Jimmy L. GARNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52879.**

Missouri Court of Appeals,
Western District.

April 8, 1997.

James C. Cox, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM.

Jimmy L. Garner appeals the denial of his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).